**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RONALD EVERETT SMITH, JR.** | **CIVIL ACTION NO. 17-239-JWD-EWD** |
| **VERSUS** | **JUDGE JOHN W. deGRAVELLES** |
| **PRINCIPAL LIFE INSURANCE CO.** | **MAG. JUDGE ERIN WILDER-DOOMES** |

**60-DAY ORDER OF DISMISSAL**

A Notice of Settlement having been filed into the record, (Doc. 8);

**IT IS ORDERED** that the above listed action is hereby **DISMISSED**, without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

Signed in Baton Rouge, Louisiana, on June 2, 2017.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**